The PEOPLE of the State of New York, respt., v. Benjamin KUDON, applt. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Appeal dismissed.

The PEOPLE, etc., Respt., v. L. STRUDLER & SONS, Inc., Applt. (two cases). (Supreme Court, Appellate Division, First Department. April 28, 1916.) Judgments affirmed. No opinions. Orders filed.

The PEOPLE of the State of New York, respondent, v. Lye LEE, appellant. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Motion granted. Settle order before Mr. Justice Stapleton.

PEOPLE of the State of New York, respt., v. Philip McCARREN, applt. (Supreme Court, Appellate Division, Fourth Department. March 15, 1916.) Judgment of conviction and order affirmed. All concur.

The PEOPLE, etc., Respt., v. James MARSHALL, Applt. (Supreme Court, Appellate Division, First Department. May 5, 1916.) Judgment and order affirmed. No opinion. Order filed.

The PEOPLE, etc., Respt., v. Pasquale MILONE, impld., Applt. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Judgment affirmed. No opinion. Order filed.

The PEOPLE, etc., Respt., v. Max MINSKY. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Judgment affirmed. No opinion. Order filed.

The PEOPLE, etc., Respt., v. Louis NOVEMBER, Applt. (Supreme Court, Appellate Division, First Department. April 20, 1916.) Judgment affirmed. No opinion. Order filed.

The PEOPLE of the State of New York, respondent, v. Filippo PRIOLA, appellant. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Judgment of conviction of the County Court of Kings County affirmed by default. Jenks, P. J., and Carr, Stapleton, Mills, and Putnam, JJ., concur.

The PEOPLE of the State of New York, respondent, v. Cesare ROTUNDA, etc., appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Judgment of conviction affirmed by default. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

The PEOPLE, etc., Respt., v. Arthur SCHMIDT, Applt. (Supreme Court, Appellate Division, First Department. April 20, 1916.) Judgment and order affirmed. No opinion. Order filed.

The PEOPLE of the State of New York, respondent, v. Leo SIGNORELLI, appellant (two cases). (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Judgments of conviction of the Court of Special Sessions affirmed by default. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

The PEOPLE of the State of New York, respondent, v. Michael SISTO, appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Motion to dismiss appeal denied, upon condition that appellant perfect the appeal, place the case on the May calendar and be ready for argument when reached; in default thereof, motion granted.

The PEOPLE of the State of New York, respondent, v. George W. TAFT, appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Judgment of conviction of the County Court of Kings County affirmed by default. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

PEOPLE of the State of New York, respt., v. Theodore J. VOGELSANG, applt. (Supreme Court, Appellate Division, Fourth Department. March 29, 1916.) Judgment of conviction affirmed. All concur.

The PEOPLE of the State of New York, respondent, v. John M. WELLBROCK, appellant. (Supreme Court, Appellate Division, Second Department. March 31, 1916.) Judgment of conviction affirmed. No opinion. Jenks, P. J., and Thomas, Mills, and Putnam, JJ., concur. Carr, J., not voting.

The PEOPLE, etc., ex rel. Robert S. BREWSTER et al., etc., respondents, v. John J. SINNOTT et al., as members of the Board of Supervisors of Westchester County, appellants, and others, defendants. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Order affirmed, with $10 costs and disbursements, upon the authority of People ex rel. Commissioners v. Board of Supervisors of Oneida County, 36 Misc. Rep. 597, 73 N. Y. Supp. 1098, affirmed 68 App. Div. 650, 74 N. Y. Supp. 1142, and 170 N. Y. 105, 62 N. E. 1092; and motion to dismiss appeal denied. Jenks, P. J., and Thomas, Carr, Stapleton, and Mills, JJ., concur.

The PEOPLE, etc., ex rel. Charles W. BROWN, respondent, v. General George A. CUSTER Garrison No. 2, Army and Navy Union of the United States of America, appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. The alternative writ in question is insufficient on its face. Code of Civil Procedure, § 2076; People ex rel. Ajas v. Department of Health, 138 App. Div. 559, 123 N. Y. Supp. 294. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

The PEOPLE, etc., ex rel. Daniel J. CALLAHAN, relator, v. Robert ADAMSON, as Fire Commissioner of the City of New York, respondent. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Determination confirmed, and writ dismissed, with $50 costs and disbursements. No opinion.